J-S38027-18

NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| | : | |
| v. | : | |
| | : | |
| | : | |
| HERBERT DALE CONAWAY | : | |
| | : | |
| Appellant | : | No. 1868 WDA 2017 |

Appeal from the PCRA Order December 5, 2017
In the Court of Common Pleas of Fayette County Criminal Division at
No(s): CP-26-CR-0001863-2011

BEFORE: BOWES, J., NICHOLS, J., and STRASSBURGER*, J.

CONCURRING STATEMENT BY BOWES, J.: FILED JANUARY 25, 2019

I join in full as to all issues except Appellant's claim that Commonwealth v. Muniz, 164 A.3d 1189 (Pa. 2017), must apply retroactively. I believe that this Court's precedents have failed to fully address the retroactivity inquiry. See Commonwealth v. Johnson, 2018 WL 6442321 at *3 n.5. (Pa. Super. Ct. Dec. 10, 2018) (Bowes, J.). I therefore concur as to that analysis.

_____
* Retired Senior Judge assigned to the Superior Court.